THE STATE OF IOWA, Appellee, v. SAMUEL C. BAILEY, Appellant.

Appeal in Criminal Cause: CONFESSION OF ERROR AS ASSIGNED: NEW TRIAL.

*Appeal from Fayette District Court.*—HON. W. A. HOYT, Judge.

FRIDAY, DECEMBER 18, 1891.

INDICTMENT for seduction. There was a trial by jury, resulting in a verdict of guilty. The defendant appeals.—*Reversed.*

*Noble & Updegraff, Ainsworth & Hobson, Wm. H. Bailey* and *F. S. Burling,* for appellant.

*John Larkin* and *D. W. Clements,* County Attorney, for the state.

GRANGER, J.—Appellee files in the case a written confession of errors committed on the trial of the cause, as presented by the assignment of errors, and asks for a reversal of the case, and that it be remanded for a new trial. The application is upon notice to the appellants, and, as the errors confessed appear to be prejudicial, the application to docket the cause, reverse and remand it, will be granted. REVERSED.